UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION at COVINGTON

| | |
|---|---|
| MICHAEL JERRMAR LEWIS,<br><br>    Plaintiff,<br><br>V.<br><br>SARAH ARNETTE, *et al.*,<br><br>    Defendants. | Civil Action No. 2: 21-116-KKC<br><br><br><br>**JUDGMENT** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered today, pursuant to Federal Rules of Civil Procedure 58, it is **ORDERED** and **ADJUDGED** that:

1. Plaintiff's amended complaint [R. 12] is **DISMISSED**.

2. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 10th day of February, 2022.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY